DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Craven v. Demidovich<br><br>Case Below:<br>172 N.C. App. 340 | No. 497P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1193) | Denied 11/03/05 |
| Daniels v. Durham Cty. Hosp. Corp.<br><br>Case Below:<br>171 N.C. App. 535 | No. 554P05 | Plt-Appellants' PDR Under N.C.G.S. § 7A-31 (COA04-338) | Denied 01/26/06 |
| Dixon v. Hill<br><br>Case Below:<br>174 N.C. App. 252 | No. 667P05 | Def's (Palmetto) PDR Under N.C.G.S. § 7A-31 (COA04-86) | Denied 01/26/06 |
| Dove v. Davis<br><br>Case Below:<br>168 N.C. App. 595 | No. 140P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-810) | Denied 01/26/06 |
| Dove v. Harvey<br><br>Case Below:<br>168 N.C. App. 687 | No. 174P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-477) | Denied 01/26/06<br><br>**Martin, J. Recused** |
| Harvey v. McLaughlin<br><br>Case Below:<br>172 N.C. App. 582 | No. 553P05 | Def's PDR (COA04-1597) | Denied 01/26/06 |
| In re B.D.<br><br>Case Below:<br>174 N.C. App. 234 | No. 317P05-2 | *Respondents' (Mother & Father) PDR Under N.C.G.S. § 7A-31 (COA03-1599-2)* | Denied 01/26/06 |
| In re C.L.C., K.T.R., A.M.R., E.A.R.<br><br>Case Below:<br>171 N.C. App. 438 | No. 467A05 | 1. Appellant's (Lisa Murray) NOA (Dissent) (COA04-471)<br><br>2. Appellant's (Lisa Murray) PDR as to Additional Issues | 1. —<br><br>2. Allowed 01/26/06 |
| In re As.L.G. & Au.R.G.<br><br>Case Below:<br>173 N.C. App. 551 | No. 624PA05 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA04-1226) | Allowed 01/26/06 |